**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

Mike Sammons
    Plaintiff

vs.                        Case No.  2:14-cv-00574-GMN-VCF

Rino International Corporation
    Defendant

## MOTION TO DISMISS CASE WITHOUT PREJUDICE

Comes the Plaintiff, Mike Sammons, pro se, and moves this Honorable Court to dismiss this case without prejudice.  In support thereof the Plaintiff would show that he has successfully secured the relief he sought in state court.

Respectfully submitted:

_/s/ Mike Sammons_
Mike Sammons, pro se
15706 Seekers St.
San Antonio, TX  78255
210-858-6199


Certificate of Service

A true and exact copy was mailed or emailed to all parties this 22 day of _Nov_, 2016.

_/s/ Mike Sammons_
Mike Sammons

1